# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-04786-SEG**
**Starr Indemnity & Liability Company v. Stafford Logistics, Inc. et al**
**Honorable Catherine M. Salinas**

Minute Sheet for proceedings held In Open Court on 12/9/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 2:30 P.M. | |
| TIME COURT CONCLUDED: 8:30 P.M. | TAPE NUMBER: Zoom |
| TIME IN COURT: 3:00 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:     Ross Chinitz representing Starr Indemnity & Liability Company
                        Theresa Kananen representing Custom Ecology, Inc.
                        Theresa Kananen representing Stafford Logistics, Inc.
                        **

OTHER(S) PRESENT:        Doug Williams
                        Derek Lockhart
                        Rodney King.

PROCEEDING CATEGORY:     Status Conference;

MINUTE TEXT:             Case Settled. The Clerk's Office is directed to term the reference to Judge Salinas.