# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | CIVIL ACTION |
| Plaintiff, | NO.: 1:21-cv-04786-MLB |
| v. | |
| STAFFORD LOGISTICS, INC., et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and among plaintiff, Starr Indemnity & Liability Company ("Plaintiff") and defendants, Stafford Logistics, Inc. and Custom Ecology, Inc. (collectively, "Defendant") as follows:

(1) the parties reached a settlement that was memorialized in a Settlement Agreement and Mutual Release (the "Agreement");

(2) the Agreement provides for Defendant to make certain payments starting January 31, 2023, and continuing into the future;

(3) the Agreement further provides that in the event of a Default as defined under the Agreement, Plaintiff has the right to file a Stipulation for Entry of Judgment (also as defined in the Agreement) which can only be challenged by Defendant on a limited basis, as set forth in paragraph 4(d) and (e) of the Agreement;

(4) as a result of the potential for a Default and the subsequent need to file the Stipulation for Entry of Judgment and then Judgement, this action shall be dismissed without prejudice pursuant to F.R.Civ.P. 41(a)(2).

| | |
|---|---|
| **ARNALL, GOLDEN & GREGORY, LLP** | **STARR INSURANCE HOLDINGS, INC.** |
| BY:    /s/ *Theresa Y. Kananen*        <br>     **Theresa Y. Kananen** <br> *Attorney for Defendants,* <br> *Stafford Logistics, Inc. and Custom Ecology, Inc.* <br> 171 17th Street NW, Suite 2100 <br> Atlanta, GA  30363 <br> Office: 404-873-7010 <br> Email: theresa.kananen@agg.com | BY:    /s/ *Ross M. Chinitz*        <br>     **Ross M. Chinitz** <br> *Attorney for Plaintiff,* <br> *Starr Indemnity & Liability Company* <br> 399 Park Avenue, 3rd Floor <br> New York, NY 10022 <br> Office: 646-227-6409 <br> email:ross.chinitz@starrcompanies.com |
| | **WOOD SMITH HENNING & BERMAN, LLP** |
| | BY:    /s/ *Colleen V. McCaffrey*     <br>     **Colleen V. McCaffrey** <br> *Attorney for Plaintiff,* <br> *Starr Indemnity & Liability Company* <br> 1230 Peachtree Street NE, Suite 925 <br> Atlanta, GA  30309 <br> mmccaffrey@wshblaw.com |

     **APPROVED** and **SO ORDERED,** this \_\_\_\_\_ day of _____, 2022.  The Court shall retain jurisdiction over the matter for the purposes described above, and to adjudicate any dispute that might arise over the alleged existence of a Default under the Agreement.

     The Clerk shall close this case for statistical purposes.

                                                    **BY THE COURT,**

                                                    _____, J.